UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND E. TAYLOR,<br><br>           Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>           Defendant. | Case No.: 3:15-CV-00424-RCJ-WGC<br><br>ORDER |

Before the Court is the Report and Recommendation of United States Magistrate Judge (ECF No. 21[1]) entered on September 15, 2016, recommending that the Court deny Plaintiff's Motion for Reversal and/or Remand (ECF No. 16) and grant Commissioner's Cross-Motion to Affirm (ECF No. 19).  On September 26, 2016 Plaintiff filed Objections to Magistrate Judge's Report and Recommendation (ECF No. 22).

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 21) entered on September 15, 2016, should be ADOPTED and ACCEPTED.

IT IS HEREBY ORDERED that Plaintiff's Motion for Reversal and/or Remand (ECF No. 16) is DENIED.

---

[1] Refers to Court's docket number.

IT IS FURTHER ORDERED that the Commissioner's Cross-Motion to Affirm (ECF No. 19) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and close the case.

IT IS SO ORDERED.

Dated this 21st of October, 2016

_____
ROBERT C. JONES
Senior District Judge