AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****       DISTRICT OF   NEVADA

RAYMOND E. TAYLOR,

      Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:  **3:15-CV-00424-RCJ-WGC**

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

      Defendant.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Reversal and/or Remand (ECF No. 16) is **DENIED**.
      **IT IS FURTHER ORDERED** that the Commissioner's Cross-Motion to Affirm (ECF No. 19) is **GRANTED**.

   October 21, 2016        **LANCE S. WILSON**
                                                                     Clerk

                                                                     /s/ D. R. Morgan
                                                                       Deputy Clerk